# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

### CIVIL MINUTES – JURY TRIAL
Day 1

**Case No.:** 7:21CV414          **Date:** 12/18/2023

---

**Mark Joseph Shipp**          Counsel:  Thomas Strelka
Plaintiff                                    Leigh Rhoads

v.

**David W. Bogle, et al**          Counsel:  Andrew Page
Defendants                                Anne Morris

---

**PRESENT:**  JUDGE:  Thomas T. Cullen
TIME IN COURT:  9:01a-10:27a, 10:44a-12:30p, 1:37p-2:25p, 2:42p-3:19p
3:42p-3:54p  Total time 4h 49mins
Deputy Clerk:  C. Kemp
Court Reporter:  S. Bragg

### LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. Mark Shipp | 1. Daryl Craig |
| 2. David Bogle | 2. Earnest Herald |
| 3. Kevin Punturi | |
| 4. Reyce Collins | |
| 5. Douglas Neal | |
| 6. David Hammond | |
| 7. Eric Scott | |
| 8. Mark Shipp, rebuttal | |

**PROCEEDINGS:**

    32 jurors present and sworn on Voir Dire.
     7 jurors struck for i.e., for cause, by court, excused.
     3 jurors struck by Plaintiff.
     3 jurors struck by Defendant.
     8 member jury impaneled and sworn.  Remaining jurors discharged.
☒ Motion to Exclude Witnesses from Courtroom granted.
☒ Preliminary remarks and instructions to jury by Court.
☒ Opening Statements.
☒ Plaintiff begins presentation evidence.  ☒ Plaintiff rests.
☒ Defendant Motion for Judgment as a Matter of Law.
Court ☒ denies.

☒ Defendant begins presentation of evidence. ☒ Defendant rests.
☒ Rebuttal evidence.
☒ Jury released for the day at 3:18 p.m. to return 12/19/23 at 9:30 a.m.
☒ Defendant renews Motion for Judgment as a Matter of Law. Court ☒ denies.
☒ Charging conference conducted; objections noted on the record.
☒ Adjourned. Court to resume 12/19/23 at 9:30 a.m.