✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF VIRGINIA

MARK JOSEPH SHIPP
V
DAVID W. BOGLE, et al

## EXHIBIT AND WITNESS LIST

Case Number:  7:21CV414

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Thomas T. Cullen | Thomas Strelka, Leigh Rhoads | David Page, Anne Morris |
| TRIAL DATE | COURT REPORTER | COURTROOM DEPUTY |
| 12/18/2023 | Sindie Bragg | Christel Kemp |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION AND EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| | 3 | 12/18/2023 | X | X | Internal Incident Report 3/29/21 (Stiipulated) | |
| | 4 | 12/18/2023 | X | X | SEALED EXHIBIT-Medical Records | Herald |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.                Page 1 of 1