VIRGINIA DEPARTMENT OF CORRECTIONS

# Internal Incident Report

DOC Location: PSCC Pocahontas State Correctional Center
Report generated by Teigue, R C
Report run on 09/23/2021 at 03:07 PM

| Internal Incident Number: | Date/Time of Incident: | DOC Location: | | |
|---|---|---|---|---|
| | March 29, 2021 @ 10:04 AM | Pocahontas State Correctional Center | | |
| Reporting Staff: | Crawford, Donna M | Title/Shift: | C/O, B Break, Day | |
| Date Reported: | 03/29/2021 | Time: | 10:04 AM | |
| Offenders Involved: | 1195484 | Shipp, Mark J | | A-2-236-T |
| | 1964168 | Stevenson, Christian L | | A-2-231-B |
| Staff Involved: | | | | |
| Visitors Involved: | | Others Involved: | | |
| Type of Incident: | Simple Assault | | | |
| Location of Incident: | GP Dayroom - A-2 | | | |
| Gang Related: | No | Confidential: | No | PREA: No |

**Description of Incident:**

On the above date and approximate time, I C/O Crawford while working A building control observed inmate Shipp #1195484 body slam inmate Stevenson to floor in A2 pod. Inmate Stevenson got up, and was separated from inmate Shipp. I then called a fight. Inmate Shipp was placed in handcuffs and leg irons and escorted to RHU.

**Notifications:**

| Name: | Title: | Date/Time Notified: |
|---|---|---|
| | | |

| Approved By: | | Title: | |
|---|---|---|---|
| Action Taken: | | Review Date: | |
| Investigation: | No | Assigned to: | |
| Comments: | | | |

Shipp 414 0012