# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

### CIVIL MINUTES – JURY TRIAL
Day 2

**Case No.:** 7:21CV414     **Date:** 12/19/2023

---

**Mark Joseph Shipp**     Counsel: Thomas Strelka
Plaintiff                                  Leigh Rhodes

v.

**David W. Bogle, et al**     Counsel: Andrew Page
Defendants                                  Anne Morris

---

**PRESENT:**   JUDGE:             Thomas T. Cullen
TIME IN COURT:   9:33a-10:55a, 12:22p-12:31p  1h 31mins
Deputy Clerk:      C. Kemp
Court Reporter:    S. Bragg

**PROCEEDINGS:**
☒ Closing Arguments.
☒ Jury Instructions given to jury.
☒ Jury Verdict returned in favor of all defendants.
☒ Jury polled
☒ Jury discharged
☒ Adjourned.